# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142307 & (59)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 142307
COA: 292825
Oakland CC: 2008-223666-FC

BRYAN VALENTIN,
        Defendant-Appellant.

_____/

      On order of the Court, the motion to supplement the application is GRANTED. The application for leave to appeal the October 28, 2010 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Oakland Circuit Court with instructions to amend the judgment of sentence in accordance with the Court of Appeals order vacating the defendant's conviction of second-degree murder and the accompanying felony-firearm conviction. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

_____
Clerk

p0321